UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Mohammed N. Khan</u>

    v.                                   Civil No. 08-cv-00064-JL

<u>United Airlines, Inc.</u>

**<u>O R D E R</u>**

The Preliminary Pretrial Conference was held in chambers and by telephone conference on July 31, 2008.

The Discovery Plan (document no. 17) is approved as submitted.

Based on representations of counsel at the conference, the following affirmative defense is stricken without prejudice to being re-asserted if warranted by the evidence: laches.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: July 31, 2008

cc: Paul McEachern, Esq.
    Brigitte Duffy, Esq.
    Sarah N. Turner, Esq.
    Dana L. Fleming, Esq.